IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00550-PAB

ZACHARY C. RHODES,

    Applicant,

v.

ANGEL MEDINA, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER FOR STATE COURT RECORD

After preliminary consideration of the application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, IT IS ORDERED:

(1)    Within **thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in *People v. Zachary Caine Rhodes*, Arapahoe County District Court Case No. 02CR2008, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims;

(2)    The Clerk of the Court is directed to send copies of this order to the clerk of the state court from which the case originated and to the Court Services Manager, State Court Administrator's Office by United States mail, first class postage prepaid, at

the following addresses:

>Clerk of the Court
>Arapahoe County Justice Center
>7325 S. Potomac Street
>Centennial, Colorado 80112
>
>Court Services Manager
>State Court Administrator's Office
>101 W. Colfax, Suite 500
>Denver, Colorado  80202

DATED March 23, 2011, at Denver, Colorado.

>BY THE COURT:
>
>s/ Boyd N. Boland
>United States Magistrate Judge