```
                                                    FILED
                                           UNITED STATES DISTRICT COURT
                                               DENVER, COLORADO

      IN THE UNITED STATES DISTRICT COURT        OCT 29 2012
          FOR THE DISTRICT OF COLORADO
             Judge Philip A. Brimmer           JEFFREY P. COLWELL
                                                       CLERK
```

Civil Action No. 10-cv-00550-PAB

ZACHARY C. RHODES,

   Applicant,

v.

ANGEL MEDINA, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

   Respondents.

---

### ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED October 25, 2012.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00550 PAB

Arapahoe County Court
7325 S. Potomac St.
Centennial, CO 80112

John D. Seidel - Colorado Attorney General's Office - Criminal Enforce-App
**DELIVERED ELECTRONICALLY**

Zachary C. Rhodes
# 62813
Limon Correctional Facility (LCF)
49030 State Highway 71
Limon, CO 80826

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  10/29/2012  .

JEFFREY P. COLWELL, CLERK

By: s/ D. Berardi
       Deputy Clerk