**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 29 2012

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-00550-PAB

ZACHARY C. RHODES,

     Applicant,

v.

ANGEL MEDINA, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

---

## ORDER RETURNING STATE COURT RECORD

---

     Upon careful examination of the record, it appears that the disposition of the above captioned case is now final.  It is, therefore

     **ORDERED** that the Clerk shall return the State Court Record.

     DATED October 25, 2012.

               BY THE COURT:

               s/Philip A. Brimmer
               PHILIP A. BRIMMER
               United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00550 PAB

Arapahoe County Court
7325 S. Potomac St.
Centennial, CO 80112

John D. Seidel - Colorado Attorney General's Office - Criminal Enforce-App
**DELIVERED ELECTRONICALLY**

Zachary C. Rhodes
# 62813
Limon Correctional Facility (LCF)
49030 State Highway 71
Limon, CO 80826

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  10/29/2012  .

JEFFREY P. COLWELL, CLERK

By: s/ D. Berardi
                       Deputy Clerk